NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CEPHALON, INC. AND CIMA LABS, INC.,**
*Plaintiffs-Appellants,*

v.

**WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., AND WATSON PHARMA, INC.,**
*Defendants-Appellees.*

2011-1325

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0330, Judge Sue L. Robinson.

## ON MOTION

## O R D E R

Cephalon, Inc. and CIMA Labs, Inc., move for a 30-day extension of time, until September 15, 2011, to file its opening brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 1 8 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  William F. Lee, Esq.
     James K. Stronski, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 1 8 2011**

**JAN HORBALY**
**CLERK**